UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
1587 SNEAKERS, INC.,

                            Plaintiff,              **ORDER**

                  - against -              26-cv-01337 (NRB)

TRAVIS KELCE; PATRICK MAHOMES; 1587 PRIME
KC, LLC; 1587 PRIME HOLDINGS, LLC; TOSH
BERMAN; MICHAEL TANHA; and NOBLE 33
HOLDINGS, LLC,

                            Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

        Presently before the Court is plaintiff 1587 Sneakers, Inc's ("plaintiff") Motion for Reconsideration, ECF No. 8 ("Motion" or "Mot."), of the Court's March 2, 2026 Order ("Prior Order") declining to grant plaintiff's Emergency Motion for a Temporary Restraining Order.  Plaintiff seeks reconsideration solely on the grounds that the Court "did not have before it the full, documented chronology of what was happening . . . from the moment [plaintiff's] operators discovered confusion at a conference in Seattle through the present day."  Mot. at 6.  In the Motion, plaintiff provides a chronology of events prior to its filing of this action, id. at 8-9, and argues that these events change the Court's "significant delay" analysis under Citibank, N.A. v. Citytrust, 756 F.2d 273, 276 (2d Cir. 1985).

1

However, the Motion did not address the Court's threshold concerns that plaintiff's complaint "has not made clear that this Court has personal jurisdiction over the defendants, nor is it by any means clear that venue lies in this district." Prior Order at 1. These significant threshold concerns remain following the filing of plaintiff's First Amended Complaint. ECF No. 9. Accordingly, the Motion for Reconsideration is denied. As the Court noted in its Prior Order, any appropriate motions will be considered in the normal course assuming that personal jurisdiction and venue can be established. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 8.

Dated:    March 10, 2026
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2